# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANDRICKA WILLIAMS O/B/O OF
MINOR CHILDREN, ALTON
STERLING, JR., JOURNEE
WILLIAMS AND JOSIAH
WILLIAMS; QUINYETTA
MCMILLION O/B/O MINOR CHILD
CAMERON STERLING; KIMBERLY
PIERSON O/B/O MINOR CHILD
NA'QUINCY PIERSON

VERSUS

THE CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE,
THE BATON ROUGE POLICE
DEPARTMENT, OFFICER BLAINE
SALAMONI, OFFICER HOWIE
LAKE, CHIEF OF POLICE CARL
DABADIE, JR. AND XYZ
INSURANCE COMPANY

NO.   2020 CW 1270

FEBRUARY 4, 2021

---

In Re:   Blane Salamoni, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 659090.

---

BEFORE:   GUIDRY, THERIOT, AND WOLFE, JJ.

WRIT DENIED.

JMG
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT